UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KRISTINE YODER,**

    **Plaintiff,**

    v.

**OHIO STATE UNIVERSITY,** *et al.***,**

    **Defendants.**

Case No. 2:23-cv-03967
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth A. Preston Deavers**

## ORDER

The undersigned gives notice that he is an adjunct professor for compensation at Moritz College of Law, The Ohio State University. The lawsuit filed in this case does not involve the law school, but does involve The Ohio State University. The undersigned has no relationship with any part of The Ohio State University unaffiliated with the law school. In an abundance of caution, the undersigned gives notice to the parties that he will recuse if any party makes such request within twenty days from the date of this Order.

    **IT IS SO ORDERED.**

<u>**1/4/2024**</u>
**DATE**

<u>**s/Edmund A. Sargus, Jr.**</u>
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**