**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| 2:22-cv-2805 | 2:24-cv-0051 | 2:24-cv-3644 |
| 2:23-cv-2243 | 2:24-cv-0135 | 2:24-cv-3707 |
| 2:23-cv-2916 | 2:24-cv-0453 | 2:24-cv-3723 |
| 2:23-cv-3015 | 2:24-cv-1155 | 2:24-cv-3764 |
| 2:23-cv-3083 | 2:24-cv-1272 | 2:24-cv-3833 |
| 2:23-cv-3086 | 2:24-cv-1643 | 2:24-cv-3888 |
| 2:23-cv-3371 | 2:24-cv-1841 | |
| 2:23-cv-3517 | 2:24-cv-1891 | |
| 2:23-cv-3540 | 2:24-cv-2076 | |
| 2:23-cv-3696 | 2:24-cv-2306 | |
| 2:23-cv-3720 | 2:24-cv-2446 | |
| 2:23-cv-3888 | 2:24-cv-2621 | |
| 2:23-cv-3967 | 2:24-cv-3231 | |
| 2:23-cv-4091 | 2:24-cv-3232 | |
| 2:23-cv-4162 | 2:24-cv-3328 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **February 2025**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on December 30, 2024** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio