**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KRISTINE YODER, | ) | Case No. 2:23-cv-03967-EAS-EPD |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS, JR. |
| | ) | |
| -vs- | ) | MAGISTRATE JUDGE ELIZABETH A. |
| | ) | PRESTON DEAVERS |
| OHIO STATE UNIVERSITY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

NOW COMES Scott H. DeHart of the law firm of Zashin and Rich Co., L.P.A., and hereby gives his notice to withdraw his appearance as additional counsel of record on behalf of Defendant The Ohio State University in the above captioned action. Attorney Drew Piersall of Littler Mendelson, P.C. will serve as counsel of record for Defendant in this action.

    Respectfully submitted,

*/s/ Scott H. DeHart*
Scott H. DeHart (0095463)
Zashin & Rich Co., L.P.A.
17 South High Street, Suite 900
Columbus, OH 43215
Telephone: (614) 224-4411
Facsimile: (614) 224-4433
shd@zrlaw.com

## **CERTIFICATE OF SERVICE**

This will certify that the foregoing was filed electronically on April 10, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                     */s/ Scott H. DeHart*
                                     Scott H. DeHart (0095463)